BEFORE CHIEF JUDGE RAO, JANUARY 10, 1968

**No. R68/6.**—Lolly Togs, Ltd. *v.* United States, reappraisement R65/9652 (San Francisco).

In accordance with stipulation of counsel that the merchandise and issues are the same in all material respects as those in *Lollytogs, Ltd.* v. *United States* (55 Cust. Ct. 608, Reap. Dec. 11073), the court

found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the merchandise (children's clothing) and that said value is represented by the invoice unit f.o.b. values, net packed, exclusion of any additional charges or commissions.